*FLN (Rev. 3/2007) Deficiency Order*             *Page 1 of 1*
*3:97cr24LAC - UNITED STATES OF AMERICA vs. TERRELL ORONTO EVANS*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     vs                          Case No.3:97cr24LAC

TERRELL ORONTO EVANS

_____

## ORDER

Your document, **PRO SE NUNC PRO TUNC MOTION FOR POSTCONVICTION RELIEF**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 18th day of November, 2008.

                                      *s/L.A. Collier*
                                      LACEY A. COLLIER
                                      SENIOR UNITED STATES DISTRICT JUDGE